In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-593 CR


____________________



EX PARTE KEVIN FREDERICK BROWN






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. 24,704






MEMORANDUM OPINION (1)


 This appeal arises from the failure to grant a motion for reduction of bond. The
trial court did not sign a written order denying the motion for reduction of bond. Absent
the entry of an appealable order, no appeal lies. Accordingly, the appeal is dismissed.

 DISMISSED.

 PER CURIAM


Opinion Delivered June 24, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.